UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JABER ALDAHE

    Plaintiff,

v.                                                        Case No. 06-CV-11125

MATSON NAVIGATION COMPANY, INC.,

    Defendant.
                                                 /

**OPINION AND ORDER GRANTING IN PART AND DENYING IN PART "PLAINTIFF'S MOTION TO STRIKE . . ." AND DIRECTING PLAINTIFF TO UPDATE THE DOCKET**

Pending before the court is Plaintiff Jaber Aldahe's "Motion to Strike," filed on April 9, 2008. The court concludes that a hearing is not necessary. *See* E.D. Mich. LR 7.1(e)(2). Plaintiff argues that the court should strike Defendant Matson Navigation Company's "Motion in Limine to Preclude Evidence of Maintenance and Cure." In the alternative, Plaintiff requests additional time to respond to the motion in limine. Having reviewed both motions, the court determines that it should reach the merits of Defendant's motion in limine. The court will, however, grant Plaintiff additional time to respond.

Separately, counsel has advised the court that the probate court in Wayne County, Michigan has entered orders appointing a guardian and a conservator for Plaintiff. The court will direct Plaintiff's counsel to enter copies of those orders on this court's dockets so that the guardian and conservator are established for purposes of the record and otherwise fully engaged in this litigation in exercising their proper authority on behalf of Plaintiff. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Strike . . ." [Dkt. # 50] is GRANTED IN PART AND DENIED IN PART. Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his response to Defendant's April 4, 2008 motion in limine by **April 23, 2008**. The motion to strike is otherwise DENIED.

IT IS FURTHER ORDERED that counsel appear for a hearing on Defendant's April 4, 2008 motion in limine on **May 1, 2008 at 3:00 p.m.**

IT IS FURTHER ORDERED that Plaintiff record on the docket, as described above, the matters pertaining to his guardian and conservator.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522